David F. Mitchell, *et al.*, Appellants, v. Lillian Munson Sperry, *et al.*, Appellees.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellees.

*David F. Mitchell*, for Appellants;

*John G. T. Crawford*, for Appellees.

---

David F. Mitchell, *et al.*, Appellants, v. Lillian Munson Sperry, *et al.*, Appellees.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellees.